FILED
2007 AUG 20 PM 2:29
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

HUY DANG

Plaintiff,

vs.

B. CURRY, WARDEN (A)
BOARD OF PAROLE HEARINGS

Defendant.

CASE NO. C 07 3845 SBA (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, HUY DANG, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A Net: N/A

Employer: ______________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

______________________________________________

______________________________________________

______________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ____ No _X_

b. Income from stocks, bonds, or royalties? Yes ____ No _X_

c. Rent payments? Yes ____ No _X_

d. Pensions, annuities, or life insurance payments? Yes ____ No _X_

e. Federal or State welfare payments, Social Security or other government source? Yes ____ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

______________________________________________

3. Are you married? Yes ____ No _X_

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A Net $ N/A

4. a. List amount you contribute to your spouse's support:$ Ø

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A ______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $ Ø Amount of Mortgage: $ Ø

6. Do you own an automobile? Yes ____ No X

Make N/A Year N/A Model N/A

Is it financed? Yes _____ No X If so, Total due: $ Ø

Monthly Payment: $ Ø

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

______________________________________________

Present balance(s): $ Ø

Do you own any cash? Yes ____ No X Amount: $ Ø

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

N/A ______________________________________________

8. What are your monthly expenses?

Rent: $ N/A Utilities: N/A

Food: $ N/A Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| Ø | $ Ø | $ Ø |
| | $ | $ |
| | $ | $ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/7/07

DATE

SIGNATURE OF APPLICANT

**Case Number:** C 07 3845 SBA (PR)

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of HUY DANG H40124 for the last six months at CORRECTIONAL TRAINING FACILITY

[prisoner name]

CTF-C SOLEDAD where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ .75¢ and the average balance in the prisoner's account each month for the most recent 6-month period was $ 2.73.

Dated: 8-16-07

Brenda Patron, Acct Technician

[Authorized officer of the institution]

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-16-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Patron
TRUST OFFICE
Account Technician

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, HUY DANG, declare:

I am over 18 years of age and a party to this action. I am a resident of CTF-C SOLEDAD Prison, in the county of MONTEREY, State of California. My prison address is: P.O. BOX 689, SOLEDAD, CA 93960-0689.

On AUGUST 7, 2007
(DATE)

I served the attached: PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

OFFICE OF THE CLERK
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400S
OAKLAND, CA 94612-5212

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on AUGUST 7, 2007
(DATE)

(DECLARANT'S SIGNATURE)

REPORT ID: TS3030

REPORT DATE: 08/10/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 11, 2007 THRU AUG. 10, 2007

ACCOUNT NUMBER : H40124 BED/CELL NUMBER: CFGWT2000000234L
ACCOUNT NAME : DANG, HUY KHANH ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/11/2007 | | BEGINNING BALANCE | | | | | 8.26 |
| 03/12 | FR01 | CANTEEN RETUR | 602636 | | | 3.99- | 12.25 |
| 04/02* | VD54 | INMATE PAYROL | 2925 P13 | | 4.50 | | 16.75 |
| 04/09 | FC01 | DRAW-FAC 1 | 2980 ML | | | 16.75 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/16/92 CASE NUMBER: SCR55894
COUNTY CODE: SBD FINE AMOUNT: $ 6,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 03/11/2007 | | BEGINNING BALANCE | | 4,065.64 |
| 04/02/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 5.00- | 4,060.64 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 8.26 | 4.50 | 12.76 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-16-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Account Technician