HUY DANG
H-40124 / G-234-
P.O. BOX 689
SOLEDAD, CA 93960-0689

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400S
OAKLAND, CA 94612-5212



USA FIRST-CLASS FOREVER